IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

    Defendants.

---

**AMENDED ORDER REGARDING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RULING ON MOTION TO TRANSFER VENUE (DOCKET NO. 15)**

---

**Entered by Magistrate Judge Michael J. Watanabe**

    This matter is before the court on the Defendants' Motion to Stay Proceedings Pending Ruling on Motion to Transfer Venue (docket no. 15). The court has reviewed the motion and the response (docket no. 21). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDING OF FACT AND CONCLUSIONS OF LAW**

    Defendants request that this court enter a stay pending decision by Judge Daniel on Defendants' Motion to Change Venue (docket no. 14). In Defendants' Motion to Change Venue (docket no. 14), Defendants seek a change of venue to the District of

2

Wyoming. In support of the subject motion (docket no. 15), Defendants, in essence, argue that a stay will serve the interests of judicial efficiency and economy.

Here, the court finds that Defendants have failed to demonstrate any real hardship or inequity if a stay is not granted. Ben Ezra, Weinstein, & Co. v. America Online Inc., 206 F.3d 980, 987 (10th Cir. 2000). In this case, discovery will need to be conducted either in the District of Colorado or the District of Wyoming regardless of whether Judge Daniel grants or denies the Defendants' Motion to Change Venue (docket no. 14). Accordingly, in this court's discretion and in the interest of justice pursuant to S.E.C. v. Nacchio, 2005 WL 1799372 (D. Colo. July 28, 2005), the Defendants' Motion to Stay Proceedings Pending Ruling on Motion to Transfer Venue (docket no. 15) should be denied.

### ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

1. The Defendants' Motion to Stay Proceedings Pending Ruling on Motion to Transfer Venue (docket no. 15) is **DENIED**.

2. That each party shall pay their own attorney fees and costs.

Done this 28th day of August 2006.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge