IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Plaintiffs' Withdrawal of Plaintiffs' Motion to Compel Defendants to File An Answer (docket no. 32) is GRANTED.  Plaintiffs' Motion to Compel (docket no. 19) is withdrawn.

Date:  September 11, 2006