IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN;
SERGIO VELASQUEZ CATALAN;
HUMBERTO HERALDO BERROCAL ORTIZ;
LUIS ALEJANDRO FUENTES SANDOVAL; and
OSCAR SANDOVAL POBLETE,

      Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP;
A. WRIGHT DICKINSON, III;
PAULINE DICKINSON;
DEANN DICKINSON;
T. WRIGHT DICKINSON;
MARC DICKINSON; and
JEAN MARIE DICKINSON,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Unopposed Motion for Permission to Exceed Page Limit (filed September 25, 2006) is **GRANTED**. Plaintiffs' Response to Defendants' Motion to Dismiss may exceed the page limits:

      September 26, 2006