## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: December 6, 2006 |
| E.C.R./Reporter: Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No: **06-cv-01043-WYD-MJW** | Counsel: |
| **ELIESER YAEL VELASQUEZ CATALAN, et al.**, | Edwin S. Kahn<br>Jennifer Jung-Wuk Lee<br>Patricia L. Medige |
| Plaintiffs, | Kimi M Jackson |
| v. | |
| **VERMILLION RANCH, LTD. PARTNERSHIP**, | John R. Paddock, Jr.<br>Leslie L. Schluter |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**HEARING ON PENDING MOTIONS**

**1:40 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendants' Motion to Disqualify Colorado Legal Services (#43 - 9/26/06) is raised for argument.

1:42 p.m.   Argument by Defendants (Mr. Paddock).

1:52 p.m.   Argument by Plaintiffs (Mr. Kahn).

2:01 p.m.   Argument by Defendants (Mr. Paddock).

-1-

Judge Wiley Y. Daniel
06-cv-01043-WYD-MJW - Courtroom Minutes

            Court makes findings.

**ORDERED:** Defendants' Motion to Disqualify Colorado Legal Services (#43 - 9/26/06) is **DENIED.**

2:08 p.m.    Mr. Kahn is excused for the remainder of the hearing.

            Defendants' Motion to Change Venue (#14 - 8/4/06) is raised for argument.

2:08 p.m.    Argument by Defendant (Ms. Schluter).

2:14 p.m.    Defendants' witness **Jean Marie Dickinson** sworn.

            Direct examination by Defendants (Ms. Schluter).

2:53 p.m.    Cross examination by Plaintiffs (Ms. Jackson).

2:55 p.m.    Defendants rest

2:55 p.m.    Argument by Defendant (Ms. Schluter).

3:02 p.m.    Argument by Plaintiffs (Ms. Jackson).

3:17 p.m.    Argument by Defendant (Ms. Schluter).

3:19 p.m.    Argument by Plaintiffs (Ms. Jackson).

**ORDERED:** Defendants' Motion to Change Venue (#14 - 8/4/06) is **TAKEN UNDER ADVISEMENT.**

**3:23 p.m.**    Court in Recess

**3:44 p.m.**    Court in Session

            Defendant's Motion to Dismiss (#27 - 9/6/06) is raised for argument.

3:47 p.m.    Argument by Defendant (Mr. Paddock).

4:06 p.m.    Argument by Plaintiffs (Ms. Jackson).

**ORDERED:** Defendant's Motion to Dismiss (#27 - 9/6/06) is **TAKEN UNDER ADVISEMENT.**

Judge Wiley Y. Daniel
06-cv-01043-WYD-MJW - Courtroom Minutes

                Court indicates that an written order is forthcoming.

**4:09 p.m.**      Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  2:08**