IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN;
SERGIO VELASQUEZ CATALAN;
HUMBERTO HERALDO BERROCAL ORTIZ;
LUIS ALEJANDRO FUENTES SANDOVAL; and
OSCAR SANDOVAL POBLETE,

      Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP;
A. WRIGHT DICKINSON, III;
PAULINE DICKINSON;
DEANN DICKINSON;
T. WRIGHT DICKINSON;
MARC DICKINSON; and
JEAN MARIE DICKINSON,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendants' Motion for Leave to Submit Supplemental Statement [#69] filed December 12, 2006, is **GRANTED.**  Defendants' Supplement to Motion to Change Venue [#70] is accepted for filing.

      Dated:  December 13, 2006