IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendants' Motion Regarding Depositions of Out-of-Country Plaintiffs (docket no. 65) is DENIED.  The depositions of the out-of-country plaintiffs shall be held in Denver, Colorado where this case is filed pursuant to Stubbs v. McDonald's Corp. 2005 WL 375662 (D. Kan. Jan. 26, 2005).  The out-of-country plaintiffs shall pay their own travel expenses to Denver, Colorado for their depositions.  The parties are to forthwith meet and confer and set dates and times for these out-of-country plaintiffs' depositions prior to the discovery cut-off date.  Each party shall pay their own attorney fees and costs for this motion.

    It is FURTHER ORDERED that Plaintiffs' Cross-Motion and Response to Defendants' Motion to Hold Certain Party Depositions in Rock Springs, Wyoming and Motion Regarding Depositions of Out-of-Country Plaintiffs (docket no. 67) is DENIED as to Plaintiffs' Cross-Motion pursuant to D.C.COLO.LCivR. 7.1 C.

    It is FURTHER ORDERED that Defendants' Motion to Hold Certain Party Depositions in Rock Springs, Wyoming (docket no. 61) is DENIED.  All depositions of the Plaintiffs and Defendants shall take place in Denver, Colorado where this case is filed.  The parties are to forthwith meet and confer and set dates and times for these depositions prior to the discovery cut-off date.

Date:   December 15, 2006