IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Defendants' Motion to Reconsider Magistrate Judge's December 15, 2006 Order as it relates to Location of Defendants' Depositions (docket no. 78) is DENIED for those reasons as stated within Magistrate Judge Watanabe's December 15, 2006 Order (docket no. 74) and for those reasons as stated in Judge Daniel's Order Adopting and Affirming Magistrate Judge's Order (docket no. 86).

Date: January 16, 2007