IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Plaintiffs' Motion for Leave to Amend (docket no. 92) is DENIED.  Plaintiffs seek to amend their Complaint by adding a request for exemplary damages.  Here, the court finds that Plaintiffs have failed to meet their burden of proof under § 13-21-102(1.5)(a).  Plaintiffs reliance on their Rule 26(a)(1) disclosures without further evidentiary support is insufficient for this court to allow the requested amended to Plaintiffs' Complaint.

Date: March 28, 2007