IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

     Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that Plaintiffs' Motion to Compel Discovery (Docket No. 112) is **denied without prejudice**.  Based upon the defendants' production of numerous additional documents along with its filing of its response to the motion, plaintiffs' counsel shall, as suggested by defense counsel, carefully review the documents produced, confer with defense counsel about the specific documents or categories of documents to which plaintiffs believe they are still entitled, and then, if necessary, file a new motion to compel.

Date: June 5, 2007

---