IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043 WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN,
SERGIO VELASQUEZ CATALAN,
HUMBERTO HERALDO BERROCAL ORTIZ
LUIS ALEJANDRO FUENTES SANDOVAL, and
OSCAR SANDOVAL POBLETE

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP,
A. WRIGHT DICKINSON III,
PAULINE DICKINSON,
DEANN DICKINSON,
T. WRIGHT DICKINSON,
MARC DICKINSON, and
JEAN MARIE DICKINSON

    Defendants,

## JUDGMENT

Pursuant to the offer of judgment filed August 7, 2007, and the Second Amended Notice of Acceptance of Offer of Judgment thereof filed August 13, 2007 and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment be entered for Plaintiff Luis Alejandro Fuentes Sandoval in the amount of $10,500 and for Plaintiff Oscar Sandoval Poblete in the amount of $2,500, plus an equally proportional share of the costs accrued by each Plaintiff, such that each will also be

entitled to recover one-sixth of the costs actually accrued by Plaintiffs' as of the date of the Offer of Judgment.

DATED at Denver, Colorado this 13th August, 2007.

GREGORY C. LANGHAM, CLERK

By: s/ Gail Shaw
Gail Shaw, Deputy Clerk