IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the Joint Motion to Reset Certain Discovery Deadlines and to Reset the Pretrial Conference (docket no. 139) is DENIED. The parties have failed to demonstrate good cause to extend the deadlines to complete discovery.

Date: August 22, 2007