IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Joint Motion to Reconsider Magistrate Judge's August 22, 2007, Order Denying Joint Motion to Reset Certain Discovery Deadlines and to Reset the Pretrial Conference (docket no. 142) is GRANTED. The Rule 16 Scheduling Order is amended as follows:

- Plaintiffs' experts shall be disclosed by October 9, 2007;

- Defendants' experts shall be disclosed by November 12, 2007;

- Rebuttal experts shall be disclosed by December 9, 2007;

- All written discovery in the forms of interrogatories, requests for production of documents and request for admissions shall be served by October 30, 2007;

- Discovery cut-off is extended to January 1, 2008;

- Dispositive motions deadline is extended to February 1, 2008;

- Last day to file discovery motions is March 3, 2008; and,

- The Final Pretrial Conference set on October 2, 2007, at 8:30 a.m. is VACATED and RESET to April 3, 2008, at 8:30 a.m. The parties shall file their proposed Final Pretrial Order with the court by March 31, 2008.

Date: August 24, 2007