IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.

    Defendants.

---

**ORDER** ( Docket No. 169 )

---

Upon consideration of the parties' Joint Status Report and Motion to Continue to Stay Discovery and Other Deadlines, the Court hereby ORDERS that the Motion is GRANTED.

All current deadlines and discovery are STAYED.

The parties shall submit a status report to the Court on or before March 15, 2008.

Dated: February 21st, 2008.

                                                        Michael J. Watanabe
                                                        United States Magistrate Judge

233165