IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN, et al.

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP, et al.

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action hereby stipulate to dismiss this action with prejudice. The parties, Plaintiffs Elieser Yael Velasquez Catalan, Sergio Velasquez Catalan, Humberto Heraldo Berrocal Ortiz, and Freddy Vasquez Vargas, and Defendants Vermillion Ranch Limited Partnership, A. Wright Dickinson III, Pauline Dickinson, Deann Dickinson, T. Wright Dickinson, Marc Dickinson, and Jean Marie Dickinson, by and through their respective undersigned counsel, voluntarily submit this stipulation of dismissal with prejudice, with each party to pay its own fees and costs.

233493

Respectfully submitted this 27th day of June, 2008.

| _s/ Jenifer C. Rodriguez_ | _s/ Mark T. Bailey_ |
|---|---|
| Jenifer C. Rodriguez | Mark T. Bailey |
| jcrodriquez@colegalserv.org | dreilly@litigationcolorado.com |
| Jennifer J. Lee | Joseph J. Zonies |
| jlee@colegalserv.org | jzonies@litigationcolorado.com |
| Patricia Medige | Mark T. Bailey |
| pmedige@colegalserv.org | mbailey@litigationcolorado.com |
| Colorado Legal Services | REILLY POZNER & CONNELLY LLP |
| Migrant Farm Worker Division | 511 Sixteenth Street, #700 |
| 1905 Sherman Street, Ste. 400 | Denver, Colorado 80202 |
| Denver, CO 80203 | Telephone: (303) 893-6100 |
| Telephone: (303) 866-9366 | Facsimile: (303) 893-6110 |
| Facsimile: (303) 830-7860 | |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2008, a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and U.S. Mail. Parties may access this filing through the Court's system.

    Jennifer J. Lee
    Jenifer C. Rodriguez
    Patricia L. Medige
    Migrant Farm Workers Division
    Colorado Legal Services
    1905 Sherman Street, Suite 400
    Denver, CO  80203
    jlee@colegalserv.org
    jcrodriguez@colegalserv.org
    pmedige@colegalserv.org
    ATTORNEYS FOR PLAINTIFFS

    Vermillion Ranch Limited Partnership
    A. Wright Dickinson III
    Pauline Dickinson
    Deann Dickinson
    T. Wright Dickinson
    Marc Dickinson
    Jean Marie Dickinson
    609 Fifth Avenue West
    Rock Springs, WY  82901

    *s/ Mark T. Bailey*

233493