IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01043-WYD-MJW

ELIESER YAEL VELASQUEZ CATALAN;
SERGIO VELASQUEZ CATALAN;
HUMBERTO HERALDO BERROCAL ORTIZ; and
FREDDY VASQUEZ VARGAS,

    Plaintiffs,

v.

VERMILLION RANCH LIMITED PARTNERSHIP;
A. WRIGHT DICKINSON, III;
PAULINE DICKINSON;
DEANN DICKINSON;
T. WRIGHT DICKINSON;
MARC DICKINSON; and
JEAN MARIE DICKINSON,

    Defendants.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (filed June 27, 2008).  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

    ORDERED that the Joint Stipulation of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay its own fees and costs.

Dated: June 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge